IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 08 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| TERRANCE ROBERT HENDERSON, | ) |
| | ) CASE NO. 7:19CV00258 |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| J. CLARK, ET AL., | ) By: Glen E. Conrad |
| | ) Senior United States District Judge |
| Defendants. | ) |

This prisoner civil rights action filed under 42 U.S.C. § 1983 was referred to the United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), for further proceedings, including a bench trial if necessary. No party has submitted timely objections to the magistrate judge's report and recommendation filed on September 16, 2020. Finding no clear error, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The report and recommendation, ECF No. 60, is hereby **ADOPTED IN ITS ENTIRETY**; and

2. The defendants' motion for summary judgment, ECF No. 41, is **GRANTED IN PART AND DENIED IN PART**; the motion is **GRANTED** as to the claim that the defendants acted with deliberate indifference to hazardous living conditions, and the motion is **DENIED** as to all other claims. All remaining claims may proceed to a bench trial before the magistrate judge as previously ordered.

The clerk will send a copy of this order to plaintiff and to counsel of record for defendants.

**ENTER:** This 8th day of October, 2020.

/s/ Glen E. Conrad
Senior United States District Judge